UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOIZEZ M. MUNOZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNDERWOOD, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01665-DAD-EPG (PC)<br><br>ORDER DISCHARGING ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST<br><br>(ECF NO. 10) |

    Moizez M. Munoz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on November 29, 2018. (ECF No. 1).

    As it appeared from the face of the complaint that Plaintiff did not exhaust his available administrative remedies before filing this action, on December 11, 2018, the Court ordered Plaintiff to show cause why this action should not be dismissed, without prejudice, for failure to exhaust available administrative remedies. (ECF No. 10). On February 8, 2019, Plaintiff filed his response. (ECF No. 16).

    Given Plaintiff's allegations (and evidence) that he attempted to exhaust administrative remedies but that the process was unavailable to him, the Court will discharge the order to show cause and screen Plaintiff's complaint in due course.

    The Court notes that while it is discharging the order to show cause it is not ruling on the issue of exhaustion, and if this case proceeds Defendant(s) may raise the affirmative defense of failure to exhaust.

1

Accordingly, IT IS ORDERED that the order to show cause issued on December 11, 2018, is DISCHARGED.

IT IS SO ORDERED.

Dated: **February 11, 2019**　　　　　/s/ Erici P. Grosj_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE