UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOIZEZ M. MUNOZ,<br><br>Plaintiff,<br><br>v.<br><br>UNDERWOOD, et al.,<br><br>Defendants. | Case No. 1:18-cv-01665-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court, having considered Defendant Vieth's request for an extension of time to file a responsive pleading, and good cause having been found:

IT IS ORDERED that Defendant Vieth is granted an extension of time of thirty days, up to and including August 26, 2019, to complete and file a responsive pleading.

IT IS SO ORDERED.

Dated:   **July 29, 2019**                    /s/ _Erin P. Grosjean_
                                                    UNITED STATES MAGISTRATE JUDGE

1