UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOIZEZ M. MUNOZ,<br><br>            Plaintiff,<br><br>   v.<br><br>UNDERWOOD, et al.,<br><br>            Defendants. | Case No. 1:18-cv-01665-DAD-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NOS. 67 & 68) |

The parties filed stipulations dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF Nos. 67 & 68). In light of the parties' stipulations, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 18, 2020**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1